by special appearance and special deposit
all rights retain none waive ever

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF IDAHO

Sarah Ellen Stanley,

    Plaintiff,

vs.

GARY LEE JENNINGS, ET AL.,

    Defendants.

Case No. 4:21-cv-00464-BLW

U.S. COURTS

FEB 24 2022

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

## JUDICIAL NOTICE REGARDING THE TRUTH ABOUT COUNSEL'S RESTRICTED INFLUENCE UPON AN HONORABLE COURT

COMES NOW Sarah Ellen Stanley to respectfully move this Honorable Court to give Judicial Notice, pursuant to Federal Rules of Evidence Rule 201, regarding the truth about counsel's restricted influence upon an Honorable Court:

1. "Statements of counsel in brief or in argument are not sufficient for motion to dismiss or for summary judgment," Trinsey v. Pagliaro, D. C. Pa. 1964, 229 F. Supp. 647.

Each motion to dismiss that has been submitted to the action styled-above have been by someone acting as ATTORNEY and counsel is not permitted to serve as both counsel and witness, pursuant to "An attorney for the plaintiff cannot admit evidence into the court. He is either an attorney or a witness". (Trinsey v. Pagliaro D.C.Pa. 1964, 229 F. Supp. 647) While the Trinsey v. Pagliaro case references the Plaintiff's ATTORNEY, this

principle is no less applicable to Defendant's ATTORNEY, including, a true Defendant though acting as ATTORNEY.

RESPECTFULLY SUBMITTED on this 22 day of February, 2022.

        all rights retain, without prejudice, without recourse,

        by: _____
        Sarah Ellen Stanley:woman, *Sui Juris (autograph)*

## **VERIFICATION OF MOTION**

I, Sarah Ellen Stanley:woman, hereby affirm, pursuant to 28 USC § 1746(1), that I have read and overstand the foregoing motion for the action-styled above and the facts stated in it are true.

I, Sarah Ellen Stanley:woman, declare (or certify, verify, or state) under penalty of perjury under the laws of the united states of America that the foregoing is true and correct. Executed on day 22 of February in the year of our Lord and Savior, Jesus Christ, two thousand twenty-two.

                all rights retain, without prejudice, without recourse,

                by: _Sarah Ellen Stanley_
                      Sarah Ellen Stanley:woman, *Sui Juris (autograph)*

*Laurie Baird Gaffney, ISB #5981 Jeffery W. Banks, ISB #5307 BANKS GAFFNEY, PLLC 330 Shoup Avenue, Ste. 201 Idaho Falls, Idaho 83402 Telephone: (208) 524-6655 Facsimile: (208) 524-6301*

*laurie@banksgaffneytriallawyers.com*

*jbanks@banksgaffneytriallawyers.com*

**Attorneys for Defendants, Gary Lee Jennings, Laurie Baird Gaffney, Jeffery W. Banks, Daniela Jezova, Lettie Messick, Pegi Braunschweig and Marilee Packer**