BLAKE G. HALL, ESQ.
SAM L. ANGELL, ESQ.
DILLON S. ERICKSON, ESQ.
HALL ANGELL & ASSOCIATES, LLP
1075 S Utah Avenue, Suite 150
Idaho Falls, Idaho 83402
Telephone (208) 522-3003
Fax (208) 621-3008
*ISB Nos. 2434, 7012, and 10312*
bgh@hasattorneys.com
sla@hasattorneys.com
dse@hasattorneys.com

Attorneys for Defendants Gabby Hermosillo, Jenny Robles, Kim Keeley, Susan Hill, and Bailey Smith

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SARAH STANLEY,<br><br>    Plaintiff,<br><br>v.<br><br>GARY LEE JENNINGS, LAURIE BAIRD GAFFNEY, JEFFRY W. BANKS, DANIELA JEZOVA, LETTIE MESSICK, PEGI BRAUNSCHWEIG, MARILEE PACKER, STEVE BEZDEKA, JASON D. WALKER, GABBY HERMOSILLO, JENNY ROBLES, KIM KEELEY, SUSAN HILL, WESTON DAVIS, TRACY GORMAN, CHRIS LUNDBERG, KATHY SPITZER, BAILEY SMITH,<br><br>    Defendants. | Case No. 4:21-cv-00464-BLW<br><br>**RESPONSE TO MOTION TO DISQUALIFY ATTORNEYS FOR CRIMINAL ACTIVITY [Dkt. 33]** |

  Defendants, GABBY HERMOSILLO, JENNY ROBLES, KIM KEELEY, SUSAN HILL, and BAILEY SMITH, by and through counsel of record, HALL ANGELL & ASSOCIATES, LLP, submit this Response to Plaintiff's Motion to Disqualify Attorneys for

Criminal Activity. Plaintiff has not provided the Court with any reason to grant her Motion. She makes bare allegations of criminal activity

## ARGUMENT

"In the Ninth Circuit, federal courts apply state law in determining whether to disqualify an attorney. The United States District Court for the District of Idaho has consistently followed Idaho law in making such determinations." *Bright Harvest Sweet Potato Co., Inc. v. H.J. Heinz Co., L.P.*, No. 1:13-CV-00296-BLW, 2015 WL 12838137, at *1 (D. Idaho Nov. 2, 2015).

In Plaintiff's motion, she fails to present anything other than conclusory statements that the attorney of record for Gabby Hermosillo, Jenny Robles, Kim Keeley, Susan Hill, and Bailey Smith (hereinafter "Teton County Defendants") committed various criminal wrongs that violated the Idaho Rules of Professional Conduct. Her motion is entirely unsupported.

It's difficult to imagine that Plaintiff misunderstands the nature of legal representation and that attorneys are entitled to argue and file documents on behalf of their clients. Her arguments appear to suggest otherwise. Nevertheless, the Court will recognize that the filings made by Teton County Defendants' attorney were entirely appropriate and Plaintiff's Motion to Disqualify is improper.

## CONCLUSION

Plaintiff's Motion to Disqualify is entirely baseless and legally unsound. The Court should therefore deny the motion.

Dated this 11th day of March, 2022.

_____
BLAKE G. HALL

## CERTIFICATE OF SERVICE

I hereby certify that I served a true copy of the foregoing document upon the following on March 11, 2022, by the method indicated below:

| | |
|---|---|
| Sarah Stanley<br>PO Box 1737 ACP 1518<br>Boise, ID 83701 | [X] US Mail |
| Weston S. Davis, Esq.<br>Email: wsdavis@nhptlaw.net | [X] ECF |
| Laurie Baird Gaffney, Esq.<br>Jeffery W. Banks, Esq.<br>Email: laurie@banksgaffneytriallawyers.com<br>Email: jbanks@banksgaffneytriallawyers.com | [X] ECF |
| Gregory L. Crockett, Esq.<br>Austin O. Allen, Esq.<br>Email: gregcrockett@hopkinsroden.com<br>Email: austinallen@hopkinsroden.com | [X] ECF |
| Kathy Spitzer, Esq.<br>Christopher Lundberg, Esq.<br>Email: chris@spitzerfirm.com | [X] ECF |
| Bren E. Mollerup, Esq.<br>Email: mollerup@benoitlaw.com | [X] ECF |

/s/ Blake G. Hall
BLAKE G. HALL

RESPONSE TO MOTION TO DISQUALIFY ATTORNEYS FOR CRIMINAL ACTIVITY - 3